# United States District Court
# Eastern District of California

EMMANUEL, Romelle

Plaintiff(s)

V.

Warden Central Valley California et al

Defendant(s)

Case Number: 1:26-cv-6506

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Awilda Maria Serra hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Romelle Emmanuel

On 4/18/2024 (date), I was admitted to practice and presently in good standing in the Florida Southern District (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 8/24/2026 Signature of Applicant: /s/ Awilda Maria Serra

**Pro Hac Vice Attorney**

Applicant's Name: Awilda Maria Serra

Law Firm Name: Maria Serra Law Offices

Address: 6303 Waterford District Drive

Suite 400

City: Miami State: FL Zip: 33126

Phone Number w/Area Code: 305-859-0872

City and State of Residence: Cutler Bay, Florida

Primary E-mail Address: maria@mserralaw.com

Secondary E-mail Address: mnegron224@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nneka Jackson

Law Firm Name: The Law Offices of Nneka Jackson

Address: 26 Broadway, 3rd Floor

City: New York State: NY Zip: 10004

Phone Number w/Area Code: 917-775-1804 Bar # 325595

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/4/2026

Chi Soo Kim

JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Awilda Maria Serra** , Florida Bar # **1054467**, was duly admitted to practice in this Court on **March 03, 2025**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on August 25, 2026.

**Angela E. Noble**
*Court Administrator • Clerk of Court*